

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 0 3 2019 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

**United States of America**

**NOTICE OF APPEARANCE**

-v-

DANIEL CAPALDO

**Defendant.**

Docket Number : 19-442 (S-1)(ELG)

Judge : SCANLON

Date : 10/3/19

PLEASE NOTICE, that I have been RETAINED by _DANIEL CAPACDO_

the above named defendant. I was admitted to practice in this district on ___12/91___.

Signature : _Vint Romano_

Print Name : _VINCENT ROMANO_

Bar Code : _VJR8509_

Office Address : _8201 4th Ave_
_Bkyn NY 11209_

Telephone # : _(718) 852-5200_


**\*\*\* NOTICE TO ATTORNEY\*\*\***

     \*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.