FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 03 2019 ★

BROOKLYN OFFICE

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

| EASTERN | District of | NEW YORK |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 03 2019 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA

V.

Daniel Capaldo
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 19CR442

Upon motion of the __dft__, it is ORDERED that a detention hearing is set for __10/8/19__ * at __11:00am__
                                                                         *Date*                      *Time*

before __Duty Magistrate__
        *Name of Judicial Officer*

BROOKLYN, NEW YORK
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____)
(_____) and produced for the hearing.
*Other Custodial Official*

Date: __10/3/19__        s/Vera M. Scanlon, USMJ
                         Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.