# VINCENT J. ROMANO
ATTORNEY AT LAW
9201 4TH AVENUE, SUITE 704
BROOKLYN, NEW YORK 11209

-----------

(718) 852-5200

October 21, 2019

Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           Re: United States v. Daniel Capaldo
               Criminal Docket No. 19-442(S-1)(ILG)

Dear Judge Glasser:

    As you are aware, I currently represent Daniel Capaldo in the above captioned matter pending before your Honor.

    I am respectfully requesting leave to withdraw from representing Mr. Capaldo and have Peter Guadagnino from the CJA panel appointed to represent Daniel Capaldo in the above matter.

    I am sending your Honor this letter in lieu of my appearance before the Court on October 24, 2019.

    Additionally, the government consents to the above request.

    Thank you for your time and consideration.

                                        Respectfully submitted,

                                        *Vincent J. Romano*

                                        Vincent J. Romano

VJR/mr
cc: AUSA Elizabeth Geddes (via ECF)