# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
FASCIMILE (718) 213-4744

March 29, 2020

**BY ECF**
The Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:** United States v. Daniel Capaldo, et al.,
19 Cr. 442 (ILG)
EMERGENCY BAIL APPLICATION (Supplemental letter)

Honorable Judge Brodie:

      I understand Your Honor will be conducting the bail hearing telephonically tomorrow at 11:00 A.M. for Mr. Capaldo. Please accept this supplemental letter to my original motion.

      In this letter, I am including four more exhibits. [EXHIBIT 4] is an affidavit from Dr. Mazan Rabadi M.D. who can inform the Court that Mr. Capaldo's prognosis for survival in his present medical condition if he becomes infected with COVID-19 is **poor**. [EXHIBIT 5] is Mr. Capaldo's medical record of treatment for Bronchitis in January of 2018 and a statement from his healthcare provider that Mr. Capaldo suffers from Chronic Obstructive Pulmonary Disease (COPD). [ EXHIBIT 6] is an affidavit from Dr. Jonathan Louis Golob, an Assistant Professor of Medicine at the University of Michigan Medical School, who corroborates that COVID-19 patients with lung disease . . . "living in an institutional setting . . . are at **grave risk** of **severe illness and death**."

Likewise, I have been informed by the Federal Defender's Office that **Mr. Capaldo is on a list of inmates that the United States Marshall's Service considers vulnerable to the Corona Virus**. Finally, [EXHIBIT 7] is an article reporting that on Saturday March 28 Patrick Jones became the first Bureau of Prisons inmate in Oakdale, Louisiana to die in custody because of COVID-19.

    Respectfully submitted,

*Peter Guadagnino*

Peter Guadagnino, Esq.

Attorney for Daniel Capaldo

cc: A.U.S.A. Elizabeth Geddes