# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Ramon E. Reyes Jr.**            DATE :   **4/1/20**

DOCKET NUMBER:     **19CR442(ILG)**        LOG #:/Court Reporter   **Charleane Heading**

DEFENDANT'S NAME :     **Daniel Capaldo**
___ Present   **X** Not Present     ___ Custody   **X** Bail

DEFENSE COUNSEL:     **Peter Guadagnino**
___ Federal Defender   **X** CJA     ___ Retained

A.U.S.A:   **James McDonald**          CLERK:   **Felix Chin**

INTERPRETER : _____    (Language)

___ Defendant arraigned on the :  ___ indictment  ___ superseding indictment  ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

**X** Bond set at **ROR**.  Defendant was released on 3/30/20.
___ held pending satisfaction of bond conditions.

**X** Defendant advised of bond conditions set by the Court and permitted the court to sign the bond on his behalf.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start _____ Stop _____

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before duty

Other Rulings :   **All parties appeared via teleconference. Dft appeared via teleconference. Pretrial Service Officer Celine Ferguson appeared via teleconference.**