# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
FASCIMILE (718) 213-4744

**BY ECF**
Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:   United States v. Daniel Capaldo, et al.,**
       **19 Cr. 442  (ILG)**
       **EXTENSION REQUEST OF EMERGENCY BAIL APPLICATION COVID-19**

Honorable Judge Brodie:

    I am writing to request on behalf of Mr. Capaldo that the Court's Order of March 30, 2020, releasing him under conditions due to the COVID-19 Pandemic, be continued for a reasonable time at the Court's discretion.  Mr. Capaldo has been in full compliance with all of the Court's conditions since his release.

    I respectfully request for permission to renew this application before the expiration of this extension, if granted by the Court.

    Thank you for your attention to this matter.

Respectfully submitted,

*Peter Guadagnino*

Peter Guadagnino, Esq.

Attorney for Daniel Capaldo

cc: A.U.S.A. Elizabeth Geddes