# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19-442 (S-3) (BMC) |
| Daniel Capaldo ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/24/20.

*Defendant's signature*

*Signature of defendant's attorney*

Peter Guadagnino
*Printed name of defendant's attorney*

/s/(VMS)
*Judge's signature*

Hon. Vera M. Scanlon
*Judge's printed name and title*