UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X
United States of America            :
                                    :
                                    :
            - against -             :           CR 19CR442 (BMC)
                                    :
                                    :
    Daniel Capaldo                   :
                                    :
----------------------------------------X

VERA M. SCANLON, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE VERA M. SCANLON

United States Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Vera M. Scanlon. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Vera M. Scanlon.

_____
Defendant

_____
Attorney for the Defendant

By: ELIZABETH GEDDES
Digitally signed by ELIZABETH GEDDES
Date: 2020.11.23 21:54:56 -05'00'
_____
Assistant United States Attorney

Dated: November 24, 2020
Brooklyn, New York