**DOCKET NUMBER:** <u>CR 19-442</u>(BMC)

## CRIMINAL CAUSE FOR Pleading

**BEFORE JUDGE:** Vera M. Scanlon, USMJ  **DATE:** <u>11/24/2020</u>  TIME IN COURT__MINS

**DEFENDANT'S NAME:** Daniel Capaldo  **DEFENDANT'S #:** 4

X   Present   ❏   Not Present   ❏   Custody   X   Not Custody

**DEFENSE COUNSEL:** Peter J. Guadagnino

❏   Federal Defender   X   CJA   Retained

**A.U.S.A.:** <u>Elizabeth Geddes</u>

**CASE MANAGER:** <u>Krista Quinlan</u>

**COURT REPORTER:** David Roy

- ☒ Case Called
- ☒ Change of Plea Hearing
- ☒ Deft. Sworn and Informed of Rights
- ☒ Deft. Arraigned on the superseding information
- ☒ Deft. Enters a Plea of Not Guilty to the superseding information
- ☒ Deft. Enters a waiver of Indictment
- ☒ Deft. Enters a Plea of Guilty to the superseding information
- ☒ Court Finds Factual Basis for the Plea
- ☒ Deft. Continued on bail
- ☒ Sentencing set for 3/2/2021 @ 11 AM before Judge Cogan
- ☒ Transcript Ordered

**Do these minutes contain ruling(s) on motion(s)?** ❏   YES   X   NO

**TEXT:** Pursuant to the CARES Act and Administrative Order 2020-13, the Court conducted today's change of plea hearing by video based on the defendant's consent and the Court's finding that the proceeding could not be delayed without risking serious harm to the interests of justice. After being sworn and informed of his rights, Mr. Daniel Capaldo withdrew his plea of not guilty and pleaded guilty to the information. The Magistrate Judge recommends that the plea of guilty be accepted.