# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
FASCIMILE (718) 213-4744

January 27, 2022

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:    United States v. Daniel Capaldo, et al.**
         **19 Cr. 442 (BMC)**

         **REQUEST TO POSTPONE SENTENCING FROM FEBRUARY 10, 2022 TO MARCH 23, 2022 AT 4:45 P.M.**

Honorable Judge Cogan:

The defense requests, **with the Government's consent,** to adjourn Mr. Capaldo's sentence date from February 10, 2022 to March 23, 2022 at 4:45 P.M.

The reason for the continuance request is because I, along with everyone else in my household, tested positive for Covid last week and we began experiencing symptoms. I am still experiencing symptoms and my condition is causing me to fall behind in my work and I am unable to provide the Court with a sentencing memorandum for this case today as previously scheduled.

The parties propose for the defense to submit a sentencing memorandum by March 9, 2022 and the government to submit their response, if any, by March 16, 2022.

Thank you Judge for your consideration of this request.

Respectfully submitted,

*Peter Guadagnino*

Peter Guadagnino, Esq.

Attorney for Daniel Capaldo

cc: A.U.S.A. Elizabeth Geddes